IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| FREDRICK MORRIS, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 10-0365-M |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | : | |
| Defendant. | : | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Fredrick Morris and against Defendant Michael J. Astrue. It is further **ORDERED** that Plaintiff be **AWARDED** an EAJA attorney's fee in the amount of $2,156.25, payable to his Attorney, Quinn E. Brock.

DONE this 4th day of May, 2011.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE