```
        IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF ALABAMA
                  SOUTHERN DIVISION
```

FREDRICK MORRIS,                        :
                                        :
    Plaintiff,                          :
                                        :
vs.                                     :       CIVIL ACTION 10-0365-M
                                        :
MICHAEL J. ASTRUE,                      :
Commission of Social Security,          :
                                        :
    Defendant.                          :

JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's Attorney's Motion for Attorney's Fees be **GRANTED**; that Plaintiff's attorney, Quinn E. Brock, be **AWARDED** a fee in the amount of $21,019.50 for his services before this Court; and that Brock pay Plaintiff $2,156.25, the sum representing the EAJA fee previously awarded under § 406(b).

DONE this 22nd day of October, 2012.

                                 s/BERT W. MILLING, JR.
                                 UNITED STATES MAGISTRATE JUDGE